Suzanne Novak*
Michelle Movahed*
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, New York 10005
snovak@reprorights.org
mmovahed@reprorights.org
Tel: (917) 637-3600

James G. Gamble*
Jayma M. Meyer*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
jgamble@stblaw.com
jmeyer@stblaw.com
Tel: (212) 455-2000

Christopher A. LaVoy (016609)
LaVoy & Chernoff, PC
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004
cal@lavoychernoff.com
Tel: (602) 253-3330

Attorneys for plaintiffs
*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Women's Center; Family Planning Associates; William Richardson, M.D.; Paul A. Isaacson, M.D.; and Frank Laudonio, M.D., | Case No. 2:09-cv-01909 |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. | |
| Arizona Medical Board; Lisa Wynn, in her official capacity as Executive Director of the Arizona Medical Board; and Terry Goddard, in his official capacity as Attorney General of Arizona, | |
| Defendants. | |
| and | |
| Arizona Catholic Conference; and Crisis Pregnancy Centers of Greater Phoenix, | |
| Intervenor-Defendants | |

The above-captioned parties, by and through their undersigned counsel, hereby stipulate to voluntarily dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated this 5th day of March, 2010.

| CENTER FOR REPRODUCTIVE RIGHTS | ARIZONA ATTORNEY GENERAL |
|---|---|
| By:  s/ Suzanne Novak<br>Suzanne Novak*<br>Michelle Movahed*<br>120 Wall Street, 14th Floor<br>New York, New York 10005<br>snovak@reprorights.org<br>mmovahed@reprorights.org<br>Tel: (917) 637-3600<br><br>James G. Gamble*<br>Jayma M. Meyer*<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>jgamble@stblaw.com<br>jmeyer@stblaw.com<br>Tel:  (212) 455-2000<br><br>Christopher A. LaVoy<br>LaVoy & Chernoff, PC<br>201 North Central Avenue, Suite 3300<br>Phoenix, Arizona 85004-1052<br>cal@lavoychernoff.com<br>Tel:  (602) 253-3330<br><br>*Attorneys for Plaintiffs* | By: s/ Carrie J. Brennan with permission<br>Carrie J. Brennan<br>Paula S. Bickett<br>Gregory Honig<br>Assistant Attorneys General<br>1275 West Washington Street<br>Phoenix, Arizona 85007<br>Carrie.Brennan@azag.gov<br>Paula.Bickett@azag.gov<br>Gregory.Honig@azag.gov<br>Telephone: (602) 542-3333<br><br>*Attorneys for Defendants* |

ALLIANCE DEFENSE FUND

By: s/ Steven H. Aden with permission
Steven H. Aden*
Matthew S. Bowman*
801 G Street NW, Suite 509
Washington, DC 20001
saden@telladf.org
Telephone: (202) 393-8690

Cathi Herrod (AZ Bar # 009115)
Deborah Sheasby (AZ Bar # 025752)
Center for Arizona Policy
7227 N 16th Street, Suite 250
Phoenix, AZ 85020
dsheasby@azpolicy.org
Telephone: 602-424-2525

Nikolas T. Nikas (AZ Bar # 011025)
Bioethics Defense Fund
6811 E. Voltaire Ave
Scottsdale, AZ 85254-4031
Telephone: 480-483-3597
ntnikas@aol.com

Catherine W. Short
Life Legal Defense Foundation
P.O. BOX 1313
OJAI, CA 93024-1313
805-640-1940
lldfojai@cs.com

*Attorneys for Intervenor-Defendants*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Suzanne Novak, hereby certify that on the 5th day of March, 2010, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Carrie Jane Brennan
Gregory David Honig
Mary Ruth O'Grady
Paula S Bickett
Deborah Marie Sheasby
Nikolas T Nikas
Cathi Warner Herrod
Steven Henry Aden
Matthew S. Bowman
M. Casey Mattox

By /s/  Suzanne Novak